VIRTUESQ LLLC
CHRISTIAN L. KAMAU    10996-0
PO BOX 17098
Honolulu, Hawaii 96817
Phone: (808) 271-4537
Email: christian@virtuesq.com

Attorney for Plaintiff
Strike 3 Holdings, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| STRIKE 3 HOLDINGS, LLC, | ) CIVIL NO. 1:24-cv-00277-DKW-RT |
|---|---|
| Plaintiff, | ) |
| vs. | ) |
| JOHN DOE subscriber assigned IP address 75.80.211.34, | ) **PLAINTIFF'S VOLUNTARY DISMISSAL WITH PREJUDICE OF JOHN DOE** |
| Defendant. | ) |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that all of its claims in this action against Defendant John Doe, subscriber assigned IP address 75.80.211.34 are voluntarily dismissed with prejudice. No answer or motion for summary judgment has been filed and no fees or costs are being sought. No other claims, including counterclaims, cross-claims, or third-party claims remain in this action.

*[Space intentionally left blank.]*

DATED: Honolulu, Hawaii, November 25, 2024.

Respectfully submitted,

/s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU
Attorney for Plaintiff
Strike 3 Holdings, LLC

APPROVED AS TO FORM:

DATED: November 26, 2024 at Honolulu, Hawaiʻi.



Derrick K. Watson
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on November 25, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Christian L. Kamau*
CHRISTIAN L. KAMAU, ESQ.

*Strike 3 Holdings, LLC vs. John Doe subscriber assigned IP address 75.80.211.34*, Civ. No. 1:24-cv-00277-DKW-RT, Plaintiff's Voluntary Dismissal with Prejudice of John Doe